FILED

10/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0433

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0433

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

MICAH NATIONS PANKHURST,

      Defendant and Appellant.

_____

**GRANT**

_____

      Upon consideration Appellant's motion for extension of time, and good cause appearing therefor,

      IT IS HEREBY ORDERED that Appellant is granted an extension to file Appellant's opening brief, which is now due November 9, 2021.

      DATED this _____ day of October, 2021.

_____
**BOWEN GREENWOOD**
CLERK OF THE SUPREME COURT

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 26 2021